# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JESUS ADAM LEON, ) | No. SA CV 18-903-DMG (PLA) |
| Petitioner, ) | **JUDGMENT** |
| v. ) | |
| CHARLES CALLAHAN, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition in this matter is denied and dismissed with prejudice.

DATED: December 26, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE